County, No. 87-1-04524-9, Shannon Wetherall, J., entered March 28, 1988. *Affirmed* by unpublished opinion per Webster, J., concurred in by Grosse, A.C.J., and Winsor, J.

[No. 22578-2-I. Division One. August 14, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. LLOYD C. BRAY, SR., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 87-1-00483-4, John F. Wilson, J., entered July 8, 1988. *Remanded* by unpublished per curiam opinion.

[No. 20637-1-I. Division One. August 14, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL ALEXANDER WRIGHT, *Defendant*, STEPHEN PARKER BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87-1-00627-8, Robert E. Dixon, J., entered July 1, 1987. *Affirmed* by unpublished opinion per Winsor, J., concurred in by Coleman, C.J., and Grosse, J.

[No. 20636-2-I. Division One. August 14, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL ALEXANDER WRIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87-1-00627-8, Robert E. Dixon, J., entered June 1, 1987. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Grosse and Winsor, JJ.

[No. 20638-9-I. Division One. August 14, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL ALEXANDER WRIGHT, ET AL, *Defendants*, KEVIN LAMONT NELSON, *Appellant*.

Appeal from a judgment of the Superior Court for King